# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
March 14, 2022

Lyle W. Cayce
Clerk

No. 21-30158
Summary Calendar

Keith Morris Crear, *also known as* KD, *also known as* Mike Jones,

*Plaintiff—Appellant*,

*versus*

H. Jones; Corrections Officer Weinstein; Ulatoski,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 1:20-CV-1410

Before Jolly, Willett, and Engelhardt, *Circuit Judges*.

Per Curiam:*

Keith Morris Crear, federal prisoner # 57144-177, filed a complaint pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*,

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-30158

403 U.S. 388 (1971).  The district court dismissed the complaint as time-barred.  *See* 28 U.S.C. § 1915; 28 U.S.C. § 1915A.

Crear's brief does not address the district court's finding that his complaint was untimely.  He has thus abandoned any challenge to the district court's dismissal of his complaint.  *See Yohey v. Collins*, 985 F.2d 222, 224-25 (5th Cir. 1983).  Accordingly, the judgment of the district court is AFFIRMED, and Crear's motion for discovery is DENIED as moot.